1
2
3
4
5
6
7
8         **UNITED STATES DISTRICT COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA**
10

11  FIDEL HERNANDEZ,              **Case No.: 2:21-cv-00131 PA (RAOx)**
12                                **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**
           Plaintiff,
13
14      vs.
15  SHUI KWAN AU; and DOES 1 to 10,
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

| | |
|---|---|
| 1 | Based on the request from Plaintiff and for good cause shown: |
| 2 | |
| 3 | IT IS HEREBY ORDERED that the entire action be dismissed without |
| 4 | |
| 5 | prejudice. |
| 6 | |
| 7 | SO ORDERED. |
| 8 | |
| 9 | DATED: April 23, 2021                      _____ |
| 10 |                                                              United States District Court Judge |